IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| WESLEY WILLIAMS and ) | |
| PHILLIP WILLIAMS ) | |
| ) | |
| v. ) | NO. 1:22-00002 |
| ) | Campbell/Holmes |
| REDMOND CROOM and ) | |
| CRETE CARRIER CORPORATION ) | |

**O R D E R**

Pursuant to Local Rule 16(h)(2), notice is hereby given of Defendant Crete Carrier Corporation's motion (Docket No. 8) for entry of the parties' proposed agreed order for partial dismissal of the direct negligence claims against Defendant Crete Carrier (Docket No. 8-1).

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge